# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>James Ian Piccirilli<br>*Defendant(s)* | )<br>)<br>) Case No. 1:20-mj-2541 TMD<br>)<br>)<br>)<br>) |

__X__ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

**3:02 pm, Oct 06 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY crp _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 16, 2020 in the county of Baltimore City in the
_____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 3146(a)(2) | Failure to Surrender for Service of Sentence |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent David Collier, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/6/2020

*Judge's signature*

City and state: Baltimore, Maryland      Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*