X

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

**3:04 pm, Oct 06 2020**

AT  BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY Crp_____Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR JAMES IAN PICCIRILLI** | **Case No.** _1:20-mj-2541 TMD_ <br> **UNDER SEAL** |
| **IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR KELLIE NICOLE WARFIELD** | **Case No.** _1:20-mj-2542 TMD_ <br> **UNDER SEAL** |

### MOTION TO SEAL

The United States of America respectfully moves this Court to order that these criminal complaints, arrest warrants, affidavit, and this Motion be **SEALED** until the defendants have been arrested.

Respectfully Submitted,

Robert K. Hur
United States Attorney

Brandon Moore
Patricia McLane
Assistant United States Attorneys

### O R D E R

It is this _6_ day of October, 2020 hereby ORDERED, that these criminal complaints, arrest warrants, affidavit, and Motion be **SEALED**.

Hon. Thomas M. DiGirolamo
United States Magistrate Judge