IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR JAMES IAN PICCIRILLI | Case No. 20-2541 TMD <br> **UNDER SEAL** |
| IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR KELLIE NICOLE WARFIELD | Case No. 20-2542 TMD <br> **UNDER SEAL** |

## MOTION TO UNSEAL CRIMINAL COMPLAINTS

The United States of America moves this Honorable Court to order that the Criminal Complaints in the above-captioned cases be partially unsealed and that the Court make public the attached redacted affidavit, which redacts personal identifying information concerning the defendants and the non-party persons identified throughout the affidavit.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____
Brandon K. Moore
Patricia C. McLane
Assistant United States Attorneys

## ORDER

It is this __13__ day of November, 2020, ORDERED that the Criminal Complaints in the above-captioned cases be partially unsealed.

_Thomas M. DiGirolamo_
Hon. Thomas M. DiGirolamo
United States Magistrate Judge